## ROGERS *v.* ROGERS.

ATKINSON, J. In a suit by a wife against her husband for divorce, alimony, and counsel fees, the judge at an interlocutory hearing rendered a judgment allowing the wife specified sums to be paid monthly as temporary alimony, and a stated amount for attorney's fees. The only exception to the judgment was: "To this judgment of the court the defendant excepted, now excepts, and assigns the same as error." *Held*, that the assignment of error is not sufficiently specific to present any question for decision; and the writ of error is dismissed on motion. *Knight* v. *Knight*, 149 *Ga.* 513 (101 S. E. 181).

*Writ of error dismissed. All the Justices concur.*
No. 1766.   MAY 12, 1920.

Writ of error; from Carroll superior court.
*Boykin & Boykin*, for plaintiff in error.
*Emmett Smith*, contra.